Stroup, et al. *v.* Kapleau.

Argued March 8, 1972, before President Judge Bow-MAN and Judges CRUMLISH, JR., KRAMER, WILKINSON, JR., MENCER and ROGERS. Judge BLATT disqualified herself and did not participate.

*Bruce E. Cooper,* with him *Cooper, Friedman & Friedman,* for plaintiffs.

*Harold E. Kohn,* Special Attorney, with him *Barry A. Roth,* Deputy Attorney General, *Lawrence J. Beaser,* Assistant Deputy Attorney General, and *J. Shane Creamer,* Attorney General, for defendant.

PER CURIAM OPINION, May 5, 1972:

The legal issues involved herein are discussed and resolved by this Court in *Stroup v. McNair,* 5 Pa. Commonwealth Ct. 244 (1972).

364

AND NOW, May 5, 1972, the Preliminary Objections of the defendant are sustained and the plaintiffs' complaint dismissed.

Judge MENCER dissents for the reasons set forth in his dissenting opinion in *Stroup v. McNair*, 5 Pa. Commonwealth Ct. 244 (1972).